No. 14,025.

ESTATE OF YOUNGQUEST.

YOUNGQUEST *v.* YOUNGQUEST, ADMINISTRATRIX.
(69 P. [2d] 1119)

Decided June 21, 1937. Rehearing denied July 12, 1937.

Judgment affirmed in department without written opinion, Mr. Justice Hilliard, Mr. Justice Bakke and Mr. Justice Knous participating.

Mr. L. BERNARD DAVIS, Mr. BENJAMIN HARWIT, for plaintiff in error.

Mr. M. B. WALDRON, Mr. VANCE R. DITTMAN, JR., for defendant in error.